IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

|  |  |
|---|---|
| VICTORIA JEDROWICZ </br></br> Plaintiff, </br></br> v. </br></br> GIANT FOOD, INC. </br></br> Defendant. | Civil Action No. WMN98-3899 |

## ORDER

UPON consideration of the Plaintiff's Consent Motion For An Enlargement of Time without any opposition, good cause having been shown and it appearing proper and just it is hereby,

ORDERED, that the Plaintiff shall have until September 20, 1999 in which to file her response to the defendant's Motion For Attorney Fees.

_____  9/21/99
UNITED STATES DISTRICT COURT JUDGE