```
                                              FILED _____ ENTERED
                                        _____ LODGED _____ RECEIVED

                                              JUL 12 2000
        IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MARYLAND        AT BALTIMORE
                                         CLERK U.S. DISTRICT COURT
                                           DISTRICT OF MARYLAND
                                        BY _____ DEPUTY
```

VICTORIA JEDROWICZ          :

v.                          :      Civil Action WMN-98-3899

GIANT FOOD, INC.            :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 12th day of July 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That having received the judgment from the Fourth Circuit Court of Appeals (Paper No. 39) this case is hereby REOPENED;

2. That Defendant and Plaintiff are directed to update their briefing on the Rule 4(m) issue in that:

   a. Defendant shall file a memoranda on the issue within twenty days of the date of this order;

   b. Plaintiff shall have ten days to respond to Defendant's memoranda;

   c. Defendant shall have five days to reply to Plaintiff's response; and

3. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

_____
William M. Nickerson
United States District Judge